1  Ricardo Jose Calderón López
2  4325 Glencoe Ave., Ste. C9
   ATT: General Delivery
3  Marina Del Rey, C.A. 90292
4  E-Mail Address:
   ricardocalderonlopez@outlook.com
5  *Pro Se*

FILED
CLERK, U.S. DISTRICT COURT
1/18/25
CENTRAL DISTRICT OF CALIFORNIA
BY    MRV    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STARLIGHT ENTERTAINMENT ENTERPRISES, INC.**<br><br>**PLAINTIFF**<br><br>vs.<br><br>**United States District Court-Central District of California**<br><br>**DEFENDANT** | Case No.: 2:25-cv-00580-CBM(JPRx)<br><br>**PERSONAL INJURY**<br>**C.A. Civil Codes § 50** |

1

**HONORABLE DISTRICT COURT:**

Per **l.r. 3-1 ,C.A. civil codes § 50, § 2295 & FRCP rules 60(a)** and **60(b)(3)** pursuant **28 U.S.C. § 1331-§ 1333(1), § 1654** and **42 U.S.C. § 1981(a),-§ 1983** the pro se plaintiff in the above captioned personal injury **§ 50** *alter ego* case move the district court ***See Gasperini V. Ctr. For Humanities, Inc.*, 518 U.S. 415 (1996)** for a refund of court fees **19 U.S.C. § 1520(a)(2)** negligently invoiced and collected by defendant **(ECF No. 12, 30.)** servicing the county of Los Angeles, California. ***See Seedman V. U.S. District Court*, 837 F.2d 413 (9th Cir. 1988), *Agency Holdings V. Malley Briggs & Associates*, 438 U.S. 143 (1987)**

Hon. Court, on December 6, 2013 a *pro se* plaintiff moved the district court in a state cause of action **C.A. civil code § 3300** upon a conspiring **18 U.S.C. § 241** landlord-paying the filing fee and providing a service of process **(ECF No. 1, 10.)** ***Starlight Entertainment Enterprises, Inc. V. Sunset Housing Solutions, L.P.*, No. CV13-9025 ODG**; however, on Dec. 20th in violation of **FRAP 4(a)(2)** defendant personnel **G.C. § 820(a)** in own frolic moved the Court of Appeals **(ECF No. 12.)** initiating 9th circuit review of a non-final order **(ECF No. 6.)** to divest the court of jurisdiction in a-meaningful *alter ego*-landlord/tenant action define by **§ 1333(a) &** under **§ 1654.** ***See Domino's Pizza V. McDonalds*, 546 U.S. 470 (2006)**

Consequently, and only after defendant allowed the compounding of willful Errors of due process from its personnel, on September 10, 2015 plaintiff sought a Refund; however, ongoing **42 U.S.C. § 1985(3)** conduct from defendant personnel denied plaintiff application(s) **(ECF No. 40, 42.)**. ***See Comcast Corp. V. Behrend*, 569 U.S. 27 (2013), *Schweiker V. Chilicky*, 487 U.S. 412 (1988)**

District Court, reverse-piercing the corporate veil of a 1 person corp. doesn't require a separate motion from the corporation itself; rather, it's a fact of a modern aspect of the complainant corporate personality *See State of New York V. Easton*, **169 Misc.2d (N.Y. Sp. Ct. 1995)**. *Also See Curci Investments LLC V. Baldwin*, **14 Cal.App.5th 214 (Cal. Ct. App. 2017)**, *Securities Investors Protection Corp. V. Stratton Oakmont*, **234 B.R. 293 (Bankr. S.D.N.Y. 1999)**, *Pyramid Securities, Ltd. V. I.B. Resolution Bank, Inc.*, **924 F.2d 1114 (D.C. Cir. 1991)**, *Hollywood Cleaning Pressing Co. V. Hollywood Laundry Services, Inc.*, **217 Cal. 131 (Cal. 1932)**

Wherefore, per state of California civil code **§ 1714(a)** and **18 U.S.C. § 242** pursuant **15 U.S.C. § 1, § 2**, **28 U.S.C. § 2201(a)** a *pro se* complainant respectfully request grant its complaint for a refund **§ 1520(a)(1)** caused by an ongoing willful conduct **§ 1985(3)** of due process from unsupervised and unknown state personnel, define by **G.C. § 820(a)** and under **28 U.S.C. § 2671(1)**-setting personal policies in another state cause action filed by a citizen **8 U.S.C. § 1402** in district court, define by the prison litigation reform act **42 U.S.C. 1997e(e)** *Ricardo J. Calderon Lopez V. United States of America*, No. **CV11-0954 DMG** tolling the date of filing. *See Woodford V. Ngo*, **584 U.S. 81 (2006)**, *Napier V. Preslicka*, **331 F.3d 1189 (11th Cir. 2003)**, *Castro V. U.S.*, **540 U.S. 375 (2003)**, *City of Oklahoma V. Tuttle*, **471 U.S. 808 (1985)**, *Collier V. City of Pasadena*, **142 Cal.App.3d 917 (Cal. Ct. App. 1983**), *Bivens V. Six Unknown Agents of the FBN*, **403 U.S. 388 (1971)**

In Los Angeles, C.A. this 18th day of January 2025

s/**Ricardo J. Calderón López,d/b/a**
Starlight Consulting Services
*Pro Se*

**Service of Process:**

I, **Ricardo Jose Calderón López**, hereby certify that on this 18th day of January 2025 per **28 U.S.C. § 1746** a *Pro Se* Plaintiff presented and filed the foregoing with the office of the clerk servicing the U.S. District Court for the Central District of C.A., pursuant **§ 1915(a)** using the **ECF** service, provided to *Pro-Se* litigants; pursuant **§ 1915(d)** the office of the u.s. marshall to provide the service of process to the defendants.

Civil Process Clerk
United States Attorney's Office
Central District of California
300 North Los Angeles Street
Suite 7516
Los Angeles, California 90012
Tel. 213-894-2400